**Order filed September 17, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00746-CV
_____

### IN RE GEICO INSURANCE COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-50259-A**

---

## ORDER

On September 3, 2015, relator GEICO Insurance Company, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Robert Schaffer, Judge of the 152nd District Court, in Harris County, Texas, to set aside his order dated November 17, 2014 lifting the abatement of Linda Holman's extra-contractual claims, entered in trial court number 2013-50259-A, styled *Linda*

*Holman v. GEICO Insurance Company*. Relator claims respondent abused his discretion by lifting the abatement, urging that Holman's extra-contractual claims are not ripe until Holman's breach of contract claim against GEICO is adjudicated.

However, the order of severance signed on June 5, 2014, which severed the extra-contractual claims, did not expressly sever plaintiff Linda Holman's breach of contract claim against GEICO, and that breach of contract claim appears to have remained as part of cause number 2013-50259. On September 10, 2014, the trial court signed a judgment that states, among other things, "This judgment finally disposes of all parties and all claims and is appealable." Moreover, this judgment does not award plaintiff any relief against GEICO.

We request that both GEICO and Linda Holman, on or before September 30, 2015, file letter briefs addressing the issue of (a) whether the judgment signed on September 10, 2014 is a final judgment under *Lehmann v. Har-Con Corporation*, 39 S.W.3d 191 (Tex. 2001), and, if so, (b) whether that judgment adjudicated Holman's breach of contract claim against GEICO.

The court also extends the time for the filing of Holman's response to the petition for writ of mandamus until September 30, 2015.

PER CURIAM